William MILHOAN, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.

No. 05–1659.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2006.

Decided: June 28, 2006.

Kelly Lee Elswick–Hall, Venezia Law Offices, LC, Charleston, West Virginia, for Appellant. James Anthony Winn, Assistant Regional Counsel, Michelle Dawn Scotese, Donna L. Calvert, Social Security Administration, Philadelphia, Pennsylvania; Kelly Rixner Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Milhoan appeals the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Milhoan v. Barnhart,* No. CA–03–2051–2 (S.D.W.Va. Mar. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*